**PRISONER CASE**

CAT 3

UNITED STATES DISTRICT
NORTHERN DISTRICT OF

Civil Cover Sheet

07CV6099
JUDGE MANNING
MAG.JUDGE DENLOW

| | |
|---|---|
| **Plaintiff(s):** United States of America ex rel. JUAN SANCHEZ, JR. | **Defendant(s):** EDDIE JONES, etc. |
| **County of Residence:** LIVINGSTON | **County of Residence:** |
| **Plaintiff's Address:** Juan Sanchez, Jr. R-09249 Pontiac - PON P.O. Box 99 Pontiac, IL 61764 | **Defendant's Attorney:** Chief of Criminal Appeals Illinois Attorney General's Office 100 West Randolph - 12th Floor Chicago, IL 60601 |

JH

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**FILED**
OCT 2 9 2007
OCT. 29, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2554

**Jury Demand:** ☐ Yes ☑ No

**Signature:** A. E. Woodham  **Date:** 10/29/2007