IN THE UNITED STATES DISTRICT COURT OF ILLINOIS
NORTHERN DISTRICT

| | |
|---|---|
| JUAN SANCHEZ, JR., | ) |
|     PETITIONER, | ) |
|     VS. | ) |
| EDDIE JONES, | ) |
|     WARDEN OF PONTIAC | ) |
| CORRECTIONAL FACILITY, | ) |
|     RESPONDENT, | ) |
|     AND | ) |
| LISA MADIGAN, | ) |
|     ATTORNEY GENERAL. | ) |

**FILED**
OCT 2 9 2007
OCT. 29, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE 07CV6099
JUDGE MANNING
MAG. JUDGE DENLOW

## MOTION TO PROCEED IN FORMA PAUPERIS

    NOWCOMES The Petitioner, JUAN SANCHEZ JR., Pro Se, and moves this Honorable Court to allow Him To Proceed In Forma Pauperis in this Instant Matter before the Court. In support thereof, the Petitioner States the Following:

1.) The Petitioner is Currently incarcerated at the Pontiac Correctional Facility under the care and Custody of Warden Eddie Jones and has been Continuously incarcerated Since Janurary 5, 1999.

2.) The Petitioner is Currently employed as a Barber in the Prison which He is incarcerated in and receives a State Stipen of $28.80 Per Month for said assignment.

3.) Over the last Twelve Months the Petitioner has received a Nominal amount of Gifts from Family not totalling More than $100 which is Verified by the Petitioner inmate trust Fund Account printout attched hereto.

4.) The Petitioner has no Bank Accounts of any kind and the Petitioner currently has $-6.85 (MINUS, 10/22/07.) in His Prison Trust Fund Account.

5.) The Petitioner does Not own any Real Estate Property, Stocks Bonds, Notes, Automobiles, or other valuble Property.

6.) The Petitioner does Not Currently have any persons depending upon Him For Support Due to His Incarceration.

I declare under the Penalty of Perjury that the foregoing is True and Correct.

EXECUTED ON  10-22-07.

_____ Ro9249
SIGNATURE OF PETITIONER

WHEREFORE, The Petitioner Prays for an Order Granting Him Permission to Proceed In Forma Pauperis.

RESPECTFULLY SUBMITTED

_____ Ro9249
MR. JUAN SANCHEZ JR.
REG NO. R09249
700 W. LINCOLN ST.
PONTIAC CORRECTIONAL FACILITY
PONTIAC, ILL 61764

# CERTIFICATE

(To be completed for prisoners only. This is a statement by the prison and not the prisoner)

I hereby certify that the plaintiff/petitioner in this action has the sum of $ _3.85_ in his trust fund account at this correctional center where he is confined. I further certify that the plaintiff/petitioner has the following securities to his credit according to the records of this institution:

_____

_____

*[signature]*
Authorized Officer

Pontiac Correctional Center

*Acct Tech I*
Title

6/11/07
Date

**IMPORTANT:**

THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S/PETITIONER'S TRUST FUND ACCOUNT.

| Date: | 6/11/2007 | | | Pontiac Correctional Center | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Time: | 9:37am | | | Trust Fund | | | |
| d_list_inmate_trans_statement_composite | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 12/11/2006 thru End;   Inmate: R09249;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: R09249 Sanchez, Juan**                                      **Housing Unit: PON-SP-07-52**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 37.29 |
| 12/11/06 | Point of Sale | 60 Commissary | 345731 | 231005 | Commissary | -21.41 | 15.88 |
| 12/13/06 | Disbursements | 81 Legal Postage | 347320 | Chk #61422 | 489342, Pitney Bowes Bank, Inc, Inv. Date: 11/14/2006 | -1.35 | 14.53 |
| 12/13/06 | Disbursements | 81 Legal Postage | 347320 | Chk #61422 | 489341, Pitney Bowes Bank, Inc, Inv. Date: 11/14/2006 | -4.05 | 10.48 |
| 12/13/06 | Disbursements | 80 Postage | 347320 | Chk #61422 | 490347, Pitney Bowes Bank, Inc, Inv. Date: 11/27/2006 | -3.03 | 7.45 |
| 12/19/06 | Point of Sale | 60 Commissary | 353703 | 232092 | Commissary | -2.88 | 4.57 |
| 01/11/07 | Payroll | 20 Payroll Adjustment | 011120 | | P/R month of 12/2006 | 27.84 | 32.41 |
| 01/16/07 | Point of Sale | 60 Commissary | 016703 | 233840 | Commissary | -26.91 | 5.50 |
| 01/17/07 | Disbursements | 80 Postage | 017320 | Chk #61778 | 493648, Pitney Bowes Bank, Inc, Inv. Date: 12/18/2006 | -1.35 | 4.15 |
| 01/17/07 | Disbursements | 80 Postage | 017320 | Chk #61778 | 493662, Pitney Bowes Bank, Inc, Inv. Date: 12/18/2006 | -3.03 | 1.12 |
| 01/17/07 | Disbursements | 80 Postage | 017320 | Chk #61778 | 496825, Pitney Bowes Bank, Inc, Inv. Date: 01/16/2007 | -.45 | .67 |
| 01/22/07 | Payroll | 20 Payroll Adjustment | 022120 | | October 2006 Supplemental Pay | 2.88 | 3.55 |
| 01/24/07 | Mail Room | 01 MO/Checks (Not Held) | 024262 | 1275377 | Palma, Ramona | 30.00 | 33.55 |
| 01/29/07 | Point of Sale | 60 Commissary | 029731 | 235019 | Commissary | -30.11 | 3.44 |
| 02/02/07 | Mail Room | 01 MO/Checks (Not Held) | 033262 | 2354941458 | Firueroa, Erica | 50.00 | 53.44 |
| 02/05/07 | Point of Sale | 60 Commissary | 036703 | 235519 | Commissary | -49.18 | 4.26 |
| 02/15/07 | Payroll | 20 Payroll Adjustment | 046120 | | P/R month of 01/2007 | 28.80 | 33.06 |
| 02/15/07 | Disbursements | 84 Library | 046320 | Chk #61997 | 497871, DOC - Library Copies, Inv. Date: 01/26/2007 | -.10 | 32.96 |
| 02/15/07 | Disbursements | 80 Postage | 046320 | Chk #61999 | 498778, Pitney Bowes Bank, Inc, Inv. Date: 02/05/2007 | -1.11 | 31.85 |
| 02/20/07 | Point of Sale | 60 Commissary | 051750 | 236657 | Commissary | -29.67 | 2.18 |
| 03/08/07 | Payroll | 20 Payroll Adjustment | 067120 | | P/R month of 02/2007 | 25.92 | 28.10 |
| 03/12/07 | Point of Sale | 60 Commissary | 071731 | 238356 | Commissary | -25.80 | 2.30 |
| 03/15/07 | Disbursements | 84 Library | 074320 | Chk #62242 | 501425, DOC: Library Copies, Inv. Date: 03/06/2007 | -.05 | 2.25 |
| 03/15/07 | Disbursements | 80 Postage | 074320 | Chk #62244 | 499884, Pitney Bowes Bank, Inc, Inv. Date: 02/16/2007 | -1.83 | .42 |
| 04/06/07 | Payroll | 20 Payroll Adjustment | 096118 | | P/R month of 03/2007 | 28.80 | 29.22 |
| 04/09/07 | Point of Sale | 60 Commissary | 099703 | 240711 | Commissary | -25.91 | 3.31 |
| 04/16/07 | Disbursements | 84 Library | 106318 | Chk #62833 | 504640, DOC: Library Copies, Inv. Date: 04/10/2007 | -1.40 | 1.91 |
| 05/10/07 | Payroll | 20 Payroll Adjustment | 130118 | | P/R month of 04/2007 | 26.88 | 28.79 |
| 05/14/07 | Point of Sale | 60 Commissary | 134731 | 243528 | Commissary | -18.68 | 10.11 |
| 05/16/07 | Disbursements | 84 Library | 136320 | Chk #63150 | 507943, DOC - Library Copies, Inv. Date: 05/15/2007 | -.60 | 9.51 |
| 05/16/07 | Disbursements | 84 Library | 136320 | Chk #63150 | 507295, DOC - Library Copies, Inv. Date: 05/09/2007 | -.65 | 8.86 |
| 05/16/07 | Disbursements | 84 Library | 136320 | Chk #63150 | 505925, DOC - Library Copies, Inv. Date: 04/25/2007 | -.20 | 8.66 |
| 05/16/07 | Disbursements | 84 Library | 136320 | Chk #63150 | 507286, DOC - Library Copies, Inv. Date: 05/09/2007 | -1.00 | 7.66 |
| 05/16/07 | Disbursements | 84 Library | 136320 | Chk #63150 | 505328, DOC - Library Copies, Inv. Date: 04/18/2007 | -1.60 | 6.06 |
| 05/16/07 | Disbursements | 84 Library | 136320 | Chk #63150 | 505895, DOC - Library Copies, Inv. Date: 04/25/2007 | -1.55 | 4.51 |
| 05/16/07 | Disbursements | 90 Medical Co-Pay | 136320 | Chk #63151 | 506774, DOC: 523 Fund Reimburs, Inv. Date: 05/04/2007 | -2.00 | 2.51 |
| 05/16/07 | Disbursements | 81 Legal Postage | 136320 | Chk #63152 | 507179, Pitney Bowes Bank, Inc, Inv. Date: 05/08/2007 | -.87 | 1.64 |

Date: 6/11/2007
Time: 9:37am
d_list_Inmate_trans_statement_composite

**Pontiac Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 12/11/2006 thru End;    Inmate: R09249;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: R09249 Sanchez, Juan**                                    **Housing Unit: PON-SP-07-52**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 05/16/07 | Disbursements | 81 Legal Postage | 136320 | Chk #63152 | 507164, Pitney Bowes Bank, Inc, Inv. Date: 05/08/2007 | -.24 | 1.40 |
| 06/07/07 | Payroll | 20 Payroll Adjustment | 158120 | | P/R month of 05/2007 | 28.80 | 30.20 |
| 06/11/07 | Point of Sale | 60 Commissary | 162703 | 245785 | Commissary | -22.82 | 7.38 |

|  |  |
|---|---|
| Total Inmate Funds: | 7.38 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 4.13 |
| Funds Available: | 3.25 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 05/21/2007 | 508372 | Disb | Library | 2 DOC: 523 Fund Library | $1.30 |
| 06/08/2007 | 510013 | Disb | Postage | 6967 Pitney Bowes Bank, Inc. | $2.83 |
| | | | | Total Restrictions: | $4.13 |