# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6099 | **DATE** | November 29, 2007 |
| **CASE TITLE** | U.S. ex rel. Juan Sanchez, Jr. (R09249) v. Eddie Jones | | |

**DOCKET ENTRY TEXT:**

Petitioner, Juan Sanchez, Jr., has filed a petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 [1], and a motion to proceed *in forma pauperis* [3]. The Court grants Petitioner's motion to proceed *in forma pauperis*. Respondent is ordered to answer the petition or otherwise plead within 30 days from the date this order is entered on the docket.

■ **[For further details see text below.]**     Docketing to mail notices.

## STATEMENT

    Petitioner, Juan Sanchez, Jr. (R09249), currently incarcerated at Pontiac Correctional Center, has filed a petition for habeas relief pursuant to 28 U.S.C. § 2254, challenging his sentence for his 2001 conviction for criminal sexual assault.

    Review of Petitioner's motion to proceed *in forma pauperis* reveals that he has neither the funds nor the means to pay the $5 filing fee, and the Court grants the motion.

    Although Petitioner's petition is not on this Court's form, *see* N.D. Ill. Local Rule 81.3(a), his current petition provides sufficient information to allow the petition to proceed forward for a response. Respondent is ordered to answer the petition or otherwise plead within thirty days from the date this order is entered on the clerk's docket.

    Petitioner is instructed to file all future papers concerning this action with the Clerk of Court in care of Prisoner Correspondence. Petitioner must provide the court with the original plus a judge's copy (including a complete copy of any exhibits) of every document filed. In addition, the petitioner must send an exact copy of any court filing to the Chief of the Criminal Appeals Division, Attorney General's Office, 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601. Every document filed by the petitioner must include a certificate of service stating to whom exact copies were sent and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to the petitioner.

isk