IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>JUAN SANCHEZ, JR., | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 07 C 6099 |
| EDDIE JONES, Warden,<br>  Pontiac Correctional Center, | ) ) ) | The Honorable<br>Blanche M. Manning, |
| Respondent. | ) | Judge Presiding. |

**NOTICE OF MOTION**

To:   Juan Sanchez, #R09249
      Pontiac Correctional Center
      700 W Lincoln St.
      P.O. Box 99
      Pontiac, IL 61764.

    PLEASE TAKE NOTICE that on January 8, 2008, at 11:00 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Blanche M. Manning, Room 2125, or any judge sitting in her stead, in the courtroom occupied by her at 219 S. Dearborn Street, Chicago, Illinois, and present the attached MOTION TO DISMISS AS TIME-BARRED.

                              LISA MADIGAN
                              Attorney General of Illinois

                       By:    s/Erica Seyburn_____
                              ERICA R. SEYBURN, Bar # 6287357
                              Assistant Attorney General
                              100 West Randolph Street, 12th Floor
                              Chicago, Illinois 60601-3175
                              PHONE: (312) 814-2139
                              FAX: (312) 814-2253
                              E-MAIL: eseyburn@atg.state.il.us