IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

U.S. ex rel. JUAN SANCHEZ, JR., )
    PETITIONER, )
)
VS. ) CASE NO. 07-C-6099
)
EDDIE JONES, WARDEN OF THE )
PONTIAC CORRECTIONAL FACILITY, )
    RESPONDENT. )
)

**FILED**
JAN 0 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

<u>MOTION FOR APPOINTMENT OF COUNSEL</u>

    NOWCOMES The Petitioner, Juan Sanchez Jr., Pro Se, and with the assistance of an Inmate paralegal, Hereby Respectfully request this Honorable Court to appoint Counsel in this Instant matter. In support thereof, the Petitioner states as follows;

1.) The Petitioner has been continuosly incarcerated Since, January 5, 1999. on this Criminal Case and is without the Means in which to Hire Counsel in this matter now pending before this Honorable Court.

2.) The Petitioner has Limited Education and is without Knowledge in which to adequately Prosecute His Petition For Habeas Corpus Relief pursuant to 28 U.S.C. § 2254.

3.) This Honorable Court has recently Granted the Petitioner's Motion to Proceed in this matter as a Pauper in the Court's Order of November 29, 2007.

4.) The Petitioner has a Meritorious cause of action pending before This Honorable Court, and the Issues in this Case is so Complexed and involves the Constitutionality of Illinois Statutes that the Petitioner can not begin to understand how to litigate these Issues without the Assistance of Counsel.

5.) The Petitioner would be severely Prejudiced Should this Court Not appoint Counsel in this instant matter to assist the Petitioner, where the Petitioner Filed his Initial Petition For Habeas Corpus Relief with the Assistance of the This Instant Drafter of this instant Motion For appointment of Counsel. And said inmate Paralegal is restricted in time and access to the Petitioner, and the Institutional Law Library to Effectively Assist the Petitioner in His Legal endeaver before this Honorable Court. **(SEE ALSO PARAGRAPH 2 OF THIS INSTANT MOTION)**

WHEREFORE, THE Petitioner Respectfully prays for an Order Granting the Petitioner's Motion For appointment of Counsel and Appoint Counsel to Assist the Petitioner in this matter.

RESPECTFULLY SUBMITTED,

_____ R09249
MR. JUAN SANCHEZ JR.
REG. NO. R09249
700 W. LINCOLN ST.
PONTIAC, ILL 61764

IN THE

United States District Court,

Northern District of Illinois.

U.S ex rel. Juan Sanchez Jr.    )
Plaintiff/Petitioner             )
                                 )
Vs.                              )   No. 07-C-6099.
                                 )
Eddie Jones, Warden of the       )
Defendant/Respondent Pontiac C.C.)
                     Facility.

**PROOF/CERTIFICATE OF SERVICE**

TO: Clerk of the U.S. District Court U.S. Courthouse 219 S. Dearborn St. Chicago, Illinois 60604.

TO: Lisa Murray Madigan Attorney General's Office 100 W. Randolph St. 12th Floor. Chicago, Illinois 60601

PLEASE TAKE NOTICE that on Dec. 24th, 200 7, I placed the documents listed below in the institutional mail at Pontiac Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service a Copy and originals of Motion For Appointment of Counsel.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: 12/24/07.

/s/ [signature] R-09249.
Name: Juan Sanchez Jr.
IDOC No. R-09249
Pontiac Correctional Ctr.
POB 99
Pontiac, IL 61764.