**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Juan Sanchez Jr.
                    Plaintiff,

v.                                    Case No.: 1:07–cv–06099
                                            Honorable Blanche M. Manning

Eddie Jones
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 22, 2008:

      MINUTE entry before Judge Blanche M. Manning : Petitioner's motion for appointment of counsel [13] is denied without prejudice. The court will construe the pro se petitioner's pleadings liberally and will revisit this decision if warranted after the motion to dismiss is fully briefed.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.