## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Juan Sanchez Jr.

                        Plaintiff,

v.                                          Case No.: 1:07–cv–06099
                                            Honorable Blanche M. Manning

Eddie Jones

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 20, 2008:

        MINUTE entry before the Honorable Blanche M. Manning: The respondents
motion to dismiss [9] is granted and Sanchezs petition for relief under 28 U.S.C. § 2254
[1] is denied as time–barred. The clerk is directed to enter a Rule 58 judgment and to
terminate this case from the courts docket. Enter Memorandum and Order. Civil case
terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.