# United States District Court
## Northern District of Illinois
### Eastern Division

Juan Sanchez, Jr.                  **JUDGMENT IN A CIVIL CASE**

    v.                                  Case Number: 07 C 6099

Eddie Jones, et al.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the respondent's motion to dismiss [#9] is granted and Sanchez's petition for relief under 28 U.S.C. § 2254 [# 1] is denied as time-barred.

                                                 Michael W. Dobbins, Clerk of Court

Date: 5/20/2008                           _____
                                                  /s/ Robbie Hunt, Deputy Clerk