IN THE UNITED STATES DISTRICT COURT
FOR THE __Northern__ DISTRICT OF ILLINOIS

**FILED**
JUN 30 2008
Jun 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Juan Sanchez, Jr., )
    Plaintiff/Appellant, )
)
vs. ) Case No. __07 CV 06099__
)
)
Eddie Jones, )
    Defendant/Appellee(s). )

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, __Juan Sanchez, Jr.__, pro se, appeals to the United States Court of Appeals for the Seventh Circuit, the decision of the United States District Court for the __Northern__ District of Illinois, denying/dismissing his __Habeas Corpus Petition__. The Order of the District Court was entered on __May 20__, 200_8_.

Respectfully submitted,

_____
Plaintiff/Appellant
Roquiq
6-19-08