UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604-1874

**FILED**
JUN 30 2008
Jun 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETING STATEMENT

Type Of Action

_____ Civil

_Federal Habeas Corpus_ Criminal/Prisoner

_____ Cross Appeal

District _Northern_    Judge _Blanche M. Manning_
District Court Docket Number _1:07-CV-06099_
Statute or other authority establishing jurisdiction in the : _28 U.S.C. § 2254_
    District Court _NORTHERN DISTRICT_
    Court Of Appeals _SEVENTH CIRCUIT_

A.  Timeliness Of Appeal
1.  Date of entry of judgment or order appealed from _May 20, 2008_.
2.  Date this Notice Of Appeal filed _June 19, 08_.
3.  Filing date of any post-judgment motion filed by any party which tolls time under FRAP 4(a) (4) or 4(b) _NONE_
4.  Date of entry of order deciding above post-judgment Motion: _N/A_
5.  Filing date of any motion to extend time under FRAP 4(a) (5) or 4(b) _NONE_

B.  Finality of Order of Judgment
1.  Is the order or judgment appealed from a final decision on the merits?
Yes ( )    No (X)
2.  If No, a.) Did the District Court order entry of judgment as to less than all claims or all parties pursuant to FRCP 54(b)?
Yes ( )    No (X)
b.) Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?
Yes ( )    No (X)

If yes, explain _____ N/A _____

(Criminal Only)

    3.   Has the defendant been convicted?   Yes (X)   No ( )
    4.   Has a sentence been imposed?   Yes (X)   No ( )
    _____ Natural Life w/out Parole. _____
    5.   Is the defendant incarcerated?   Yes (X)   No ( )

C.  Has this case previously been appeal?   Yes (X)   No ( )
If yes, give the case name, docket number and disposition of each prior appeal on a separate sheet. (SEE Exhibit A.)

D.  Are any related cases or case raising related issues pending in this court, any district court of this circuit, or the Supreme Court?   Yes ( )   No (X)
If yes, cite the case and the manner in which it is related on a separate sheet.

E.  State the nature of the suit, the relief sought, and the outcome below.

F.  Issues to be raised on appeal. Attach one additional page if necessary.

G.  Is settlement being discussed?   Yes ( )   No ( )   N/A

H.  Is disposition on motion, memoranda, or an abbreviated briefing schedule appropriate?   Yes ( )   No (X)   If yes, explain on a separate sheet.

    Is oral argument necessary?   Yes (X)   No ( )

I.  Were there any in-court proceedings below?   Yes (X)   No ( )   Is a transcript necessary for this appeal?   Yes (X)   No ( )   If yes, is transcripts already on file with the district court?   Yes (X)   No ( )
If transcripts is not already on file, attach copy 1 of transcripts order.

J.  List each adverse party to the appeal. Attach additional sheets if necessary. If no attorney, give address and telephone number of the adverse party.

1.  Adverse Party  Richard A. Devine
    Attorney _____ States Attorney _____
    Address __ 69 W. Washington St. 32nd Floor Chicago IL, 60602.

Lisa M. Madigan
100 W. Randolph St. 12th Floor.
Chicago IL, 60601

-2-

K.  Appellant(s) Name  _Juan Sánchez JR._

If incarcerated, give identification number _#R-09249_
_P.O Box 99_
_Pontiac IL, 61764_

Telephone Number _N/A_

L.  Attorney or pro se litigant filing Docketing Statement. Will you be handling the appeal? Yes ( ) No (XX)

Name _N/A — Request For Appointment of Counsel._
Attorney ( )  Pro Se ( )  _N/A_
Firm _N/A_
Address _N/A_
_N/A_
Telephone Number _N/A_

If this is a joint statement by multiple appellants, add the names and addresses of other appellants and counsel joining in this Docketing Statement on additional sheet, accompanied by a certification that all appellants concur in this filing. _NO_

Signature _[signed] R-09249_
Date: _6/19/08_

1. Additional pages, if any, containing extended answers to questions on this form.  _yes_
2. A copy of the order of judgment from which the appeal is taken.  _yes_
3. Copy 1 of the transcript order, if any.  _NO_
4. A certificate of Service.  _yes._

-3-