original

**FILED**
**JUN 3 0 2008**
Jun 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

JUAN SANCHEZ, JR., )
    PETITIONER-APPELLANT, )
     )
VS. )  CASE NO. 07-CV-060099
     )             6099
EDDIE JONES )
    DEFENDANT-APPELLEE. )

## CERTIFICATE OF APPELABLITY

    NOWCOMES The Petitioner-Appellant, Juan Sanchez, Jr., Pro Se, and Submits this Instant Certificate Of Appealablity, In Support Thereof, The Petitioner States as follows:

1.) The Petitioner hereby request that this Honorable Court to Grant a Certificate of Appealability, where the Issues Contained in the Petitioner's Petition For Habeas Corpus Relief were decided Contrary to well Established and Settled Constitutional Law.

2.) The Petitioner's Habeas Corpus Petition was not Heard on It's Merits in the District Court. Instead, The Petition was Dismissed on the Grounds of Untimeliness by the District Court Judge.

3.) The Petitioner Contends that According to Case Authority and the Specific Facts of The Instant Case are parall to each other where the Petitioner was not aware of or told by His Counsel's throughout Appealing His Case through the State Court's the Time periods in which He Should File Certain Documents and there Effect as to Filing His Petition For Habeas Corpus Relief.
SEE JONES V. HULICK, 449 F.3d 784; SERRANO V. WILLIAMS, 383 F.3d 1181; NIX V. SEC"Y FOR DEPT. OF CORR., 293 F.3d 256; LOOKINGBILL V. COCKRELL, 393 F.3d 1235; AND SEE ALSO LAWRENCE V. FLORIDA, 107 S.Ct. 1079

4.) The Petitioner has stated that He is of Limited Education and has only Learned to Speak Fluent English after being Arrested in the Instant Case, and still is in a Position where he has to be explained things in Spanish to have a Complete Understanding of what is Being Said to Him in English.

WHEREFORE, THE Petitioner-Appellant Prays for an Order Granting Him a Certificate of Appealability, and any other Relief this Honorable Court Deems Justiciable.

RESPECTFULLY SUBMITTED,

MR JUAN SANCHEZ JR. 6-19-08
REG. NO. R-09249
700 W. LINCOLN ST.
PONTIAC, ILL 61764

Pro Se and with the Assistance of an Inmate Paralegal

Original

IN THE

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

JUAN SANCHEZ JR.
Plaintiff/Petitioner

Vs.

Eddie Jones
Defendant/Respondent

No. 07 CV- 060099

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK OF U.S. DISTRICT COURT NORTHERN DIST. OF ILL, 219 SOUTH DEARBORN ST. Chicago IL, 60604

TO: _____

PLEASE TAKE NOTICE that on June 19th, 2008, I placed the documents listed below in the institutional mail at Pontiac Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service Certificate of appelability & Notice of Appeal & Docketing Statement.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: 6-19-08

/s/ _____
Name: Juan Sanchez Jr.
IDOC No. R09249
Pontiac Correctional Ctr.
POB 99
Pontiac, IL 61764.