# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6099 | **DATE** | 7/9/2008 |
| **CASE TITLE** | Sanchez vs. Jones, et al. | | |

**DOCKET ENTRY TEXT**

Sanchez's motion for a certificate of appealability [#21] is denied. Because the court finds that Sanchez is indigent, his motion for leave to proceed in forma pauperis on appeal [#22] is granted. Sanchez should renew his motion for a certificate of appealability with the Seventh Circuit. The clerk is directed to forward a copy of this order to the Seventh Circuit. Enter Memorandum and Order.

■ [ For further detail see separate order(s).]                 Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|