

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**

**312-435-5670**

July 10, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Sanchez -v- Jones

U.S.D.C. DOCKET NO. : 07 cv 6099

U.S.C.A. DOCKET NO. :

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)                    *1 Volume of Pleadings*

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this
letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
        D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*

In the cause entitled: Sanchez -v- Jones.

USDC NO.    : 07 cv 6099

USCA NO.    :

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 10th day of July 2008.

MICHAEL W. DOBBINS, CLERK

By: _____
    D. Jordan, Deputy Clerk

APPEAL, DENLOW, HABEAS, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-06099
## Internal Use Only

| | |
|---|---|
| Sanchez v. Jones et al | Date Filed: 11/29/2007 |
| Assigned to: Honorable Blanche M. Manning | Date Terminated: 05/20/2008 |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Jury Demand: None |
| | Nature of Suit: 530 Prisoner: Habeas Corpus |
| | Jurisdiction: Federal Question |

**Petitioner**

**Juan Sanchez, Jr.**                     represented by **Juan Sanchez, Jr.**
*United States of America ex rel.*                       R-09249
                                                         Pontiac - PON
                                                         P.O. Box 99
                                                         Pontiac, IL 61764
                                                         PRO SE

V.

**Respondent**

**Eddie Jones**                           represented by **Erica R. Seyburn**
*Warden*                                                 Illinois Attorney General's Office
                                                         100 West Randolph Street
                                                         Chicago, IL 60601
                                                         (312) 814-2139
                                                         Email: eseyburn@atg.state.il.us
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Service List**                          represented by **Chief of Criminal Appeals**
                                                         Attorney General's Office
                                                         100 West Randolph - 12 Floor
                                                         Chicago, IL 60601
                                                         *ATTORNEY TO BE NOTICED*

**Notices to Prisoner Correspondence**

.
Email:
Prison1_ILND@ilnd.uscourts.gov
*TERMINATED: 11/29/2007*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/29/2007 | 1 | RECEIVED Petition for Habeas Corpus Relief and 1 copies by Juan Sanchez, Jr. (tlm) (Entered: 10/30/2007) |
| 10/29/2007 | 2 | CIVIL Cover Sheet. (tlm) (Entered: 10/30/2007) |
| 10/29/2007 | 3 | MOTION by Plaintiff Juan Sanchez, Jr for leave to proceed in forma pauperis. (tlm) (Entered: 10/30/2007) |
| 10/29/2007 | 4 | POST MARKED envelope for initiating document by Juan Sanchez, Jr (Document not scanned) (aew, ) (Entered: 11/02/2007) |
| 10/30/2007 | | MAILED a copy of the habeas petition to Chief of Criminal Appeals per certified mail No. 7001 1940 0000 1846 8759. (tlm) (Entered: 10/30/2007) |
| 11/29/2007 | 5 | MINUTE entry before Judge Blanche M. Manning : Petitioner, Juan Sanchez, Jr., has filed a petition for habeas corpus relief pursuant to 28 U.S.C. 22549 1 , and a motion to proceed in forma pauperis 3 . The Court grants Petitioner's motion to proceed in forma pauperis, Respondent is ordered to answer the petition or otherwise plead within 30 days from the date this order is entered on the docket. Mailed notices (gcy, ) (Entered: 11/30/2007) |
| 11/29/2007 | 6 | PETITION for writ of habeas corpus filed by Juan Sanchez, Jr against Eddie Jones. (gcy, ) (Entered: 12/03/2007) |
| 11/29/2007 | 8 | ~~RETURN of U.S. Post Office receipt, Article number 7001 1940 0000 1846 8759. (gmr, ) (Entered: 12/04/2007)~~ |
| 12/03/2007 | 7 | ATTORNEY Appearance for Respondent Eddie Jones by Erica R. Seyburn (Seyburn, Erica) (Entered: 12/03/2007) |
| 12/26/2007 | 9 | MOTION by Respondent Eddie Jones to dismiss *as time-barred* (Seyburn, Erica) (Entered: 12/26/2007) |
| 12/26/2007 | 10 | NOTICE of Motion by Erica R. Seyburn for presentment of motion to dismiss 9 before Honorable Blanche M. Manning on 1/8/2008 at 11:00 AM. (Seyburn, Erica) (Entered: 12/26/2007) |
| 12/26/2007 | 11 | INDEX of Exhibits cited in respondent's motion to dismiss 2254 Petition as time-barred by Eddie Jones (Exhibits). (tlm) (Entered: 12/27/2007) |
| 01/02/2008 | 13 | MOTION by Petitioner Juan Sanchez, Jr for appointment of counsel. (tlm) |

| | | |
|---|---|---|
| | | (Entered: 01/08/2008) |
| 01/07/2008 | 12 | MINUTE entry before Judge Blanche M. Manning : On respondent's motion to dismiss 9 , response due by 2/1/2008. If the petitioner fails to file a response by this date, the court will rule without the benefit of his views.Mailed notice (rth, ) (Entered: 01/07/2008) |
| 01/22/2008 | 14 | MINUTE entry before Judge Blanche M. Manning : Petitioner's motion for appointment of counsel 13 is denied without prejudice. The court will construe the pro se petitioner's pleadings liberally and will revisit this decision if warranted after the motion to dismiss is fully briefed.Mailed notice (rth, ) (Entered: 01/22/2008) |
| 02/05/2008 | 15 | REPLY by Petitioner Juan Sanchez, Jr. to the respondent's motion to dismiss 9 . (ef, ) (Entered: 02/07/2008) |
| 05/20/2008 | 16 | MINUTE entry before the Honorable Blanche M. Manning: The respondents motion to dismiss 9 is granted and Sanchezs petition for relief under 28 U.S.C. § 2254 1 is denied as time-barred. The clerk is directed to enter a Rule 58 judgment and to terminate this case from the courts docket. Enter Memorandum and Order. Civil case terminated. Mailed notice (rth, ) (Entered: 05/20/2008) |
| 05/20/2008 | 17 | MEMORANDUM and Order Signed by the Honorable Blanche M. Manning on 5/20/2008:Mailed notice(rth, ) (Entered: 05/20/2008) |
| 05/20/2008 | 18 | ENTERED JUDGMENT Signed by the Honorable Blanche M. Manning on 5/20/2008:Mailed notice(rth, ) (Entered: 05/20/2008) |
| 06/30/2008 | 19 | NOTICE of appeal by Juan Sanchez, Jr regarding orders 17 , 16 , 18 (ifp) (dj, ) (Entered: 07/02/2008) |
| 06/30/2008 | 20 | DOCKETING Statement by Juan Sanchez, Jr regarding notice of appeal 19 (dj, ) (Entered: 07/02/2008) |
| 06/30/2008 | 21 | MOTION by Petitioner Juan Sanchez, Jr for certificate of appealability (dj, ) (Entered: 07/02/2008) |
| 06/30/2008 | 22 | MOTION by Petitioner Juan Sanchez, Jr for leave to appeal in forma pauperis (dj, ) (Entered: 07/02/2008) |
| 06/30/2008 | 24 | POST MARKED envelope for notice of appeal by Juan Sanchez, Jr (Document not scanned) (aew, ) (Entered: 07/07/2008) |
| 07/02/2008 | 23 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 19 . Notified counsel (dj, ) (Entered: 07/02/2008)~~ |
| 07/09/2008 | 25 | MINUTE entry before the Honorable Blanche M. Manning: Sanchez' motion for certificate of appealability 21 is denied. Because the court finds that Sanchez is indigent, his motion for leave to proceed in forma pauperis on appeal 22 is granted. Sanchez should renew his motion for a certificate of appealability with the Seventh Circuit. The clerk is directed forward a copy |

| | | |
|---|---|---|
| | | of this order to the Seventh Circuit. Enter Memorandum and Order. Mailed notice (tlm) (Entered: 07/10/2008) |
| 07/09/2008 | 26 | MEMORANDUM and Order 25 signed by the Honorable Blanche M. Manning on 7/9/2008.Mailed notice (tlm) (Entered: 07/10/2008) |

**KEY**

**All circled items are included in this record.**
**All crossed out items are not included in the record.**
**S/C:  These items are sent under a separate certificate.**
**N/A:  These items are not available.**