



**MICHAEL W. DOBBINS**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

July 10, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Sanchez -v- Jones

U.S.D.C. DOCKET NO. : 07 cv 6099

U.S.C.A. DOCKET NO. :

Dear Mr. Agnello:

U.S.C.A. – 7th Circuit
R E C E I V E D

JUL 10 2008 GW
JUL 10, 2008
GINO J. AGNELLO
CLERK

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)   *1 Volume of Pleadings*

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
D. Jordan, Deputy Clerk