IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
7-25-2008
JUL 2 5 2008 mb
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

| | |
|---|---|
| JUAN SANCHEZ JR., | ) |
|     PETITIONER-APPELLANT, | ) |
| | ) |
| VS. | ) CASE NO. 07-CV-6099 |
| | ) |
| WARDEN EDDIE JONES, | ) Blanche M. Manning, Judge |
|     RESPONDENT-APPELLE. | ) |

## JURISDICTIONAL MEMORANDUM

    NOWCOMES The Petitioner-Appellant, JUAN SANCHEZ JR., Pro Se, and with the Assisatnce of an Inmate Paralegal, Submits This Instant Memorandum to show the Court that it does have Jurisdiction over this Case as the Petitioner complied with the Requirements to have this Appeal Heard Before the Seven Circuit Court of Appeals. In support thereof, the Petitioner States as Follows:

1.) On OCTOBER 22nd, 2007., The Petitioner Filed a Petition For Habeas Corpus Relief in the United States District Court For The Northern District Of Illinois Pursuant to 28 U.S.C. § 2254.

2.) After Responsive Pleadings by the Illinois Attorney General and The Petitioner's Reply thereto. The Disrict Court Judge Blanche M. Manning Denied the Petitioner's § 2254 Petition as untimly on May 20, 2008.

3.) The Petitioner, thereafter, with the Assitance of an Inmate Paralegal Timely Drafted and Placed in the Institutional Mail a Notice of Appeal, Certificate of Appealability, and Docketing Statement on June 19, 2008, SEE PETITIONER'S SWORN AFFIDAVIT ATTACHED HERETO AS EXHIBIT A, IN THE INSTITUTIONAL Mail at the Pontiac Correctional Facility, Properly addressed with Postage Prepaid to the Clerk of the United States District Court For the Northern District Of Illinois. SEE PETITIONER'S Proof of SERVICE AND CORRESPONDING DOCUMENTS ATTACHED HERETO AS EXHIBIT B

4.) Therefore, The Petitioner Contends that The Seven Circuit Court of Appeals Does or Should Properly Have Jurisdiction over this instant Case.

5.) In addition, The Petitioner would ask the Court to take Judicial Notice that The Court's Order's Of July 15, 2008, and July 16, 2008, bears the Case Number and Presiding Judge's Name of a Case that is From the Southern District Of Indiana, Terre Haute Division instead of the Proper Information and Case Number that Pertains to the Petitioner in The above Captioned Cause of Action.

    WHEREFORE, The Petitioner prays for an order of this Honorable Court finding that This Court Does have Jurisdiction over This Matter and the Petitioner's Notice of Appeal is Not Late.

RESPECTFULLY SUBMITTED,

MR. JUAN SANCHEZ JR.
REG NO. R09249
PONTIAC CORRCETIONAL FACILITY
700 W. LINCOLN ST.
PONTIAC, ILLINOIS 61764

STATE OF ILLINOIS )
LIVINGSTON COUNTY ) SS

### AFFIDAVIT

I JUAN SANCHEZ JR., being First Duly Sworn Upon My oath, Depose and state that the following matters are both true and Correct and made upon My Personal Knowlegde and belief, and if called as a witness, I am Compentent to testify thereto:

On June 19, 2008, The Petitioner Juan Sanchez Jr. drafted a Notice of Appeal, Certificate of Appealability & a Docketing Statement and Placed these Documents in the institutional Mail at The Pontiac Correctional Facility along with a Proof of service Declaring under the Penalty of Perjury.

These things were sent to the Clerk of the Court for the Northern District of Illinois, United States District Court and not to the Seven Circuit Court of Appeals and the Courts Order of July 16, 2008, States.

The Petitioner in fact placed The above said documents in His Cell bars at the Pontiac Correctional Facility to be picked up by the Correctional Officer that is assigned to the Cell House Gallerl that The Petitioner is being Housed according to the Policy of the Pontiac Correctional Facility. Mail is Picked up on the 3-11 Shift after Incoming Mail Call is Completed and then Placed in an Institutional Mail Bag and Returned to the Institutional Mailroom and Processed to be Mailed through the United States Postal Service the Next Morning after Postage is Affixed to the Legal Mail by the Business Office.

As the Petitioner has repeatedly Stated throughout the Proceedings related to this matter. He is Only allowed to attend the Institutional Law Library in which to seek the Help of the Inmate Paralegal to Explain to Him in Spanish what He Needs to Do in Response to the Court's Orders and to Get Copies of the Documents for mailing to all Parties. So, June 19, 2008, was the First opportunity the Petitioner had to Complete the above said Actions.

RESPECTFULLY

SUBSCRIBED AND SWORN TO BEFORE
ME THIS 21 DAY OF JULY 2008

*Sharon R. Eden*

"OFFICIAL SEAL"
Sharon R. Eden
Notary Public, State of Illinois
My Commission Exp. 12/09/2009

Original　　　　Exhibit - B

## ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Authorization for Payment

Posting Document # _____　　Date ~~████████~~

Offender Name __Juan Sanchez Jr.__　ID# __R-09249__　Housing Unit __S-PC #726__

Pay to __Postage__

Address __219 S Dearborn St. / U.S. Court House__

City, State, Zip __Chicago  IL, 60604__

The sum of _____0_____ dollars and ___0___ cents charged to my trust fund account, for the purpose of __Sending Notice of appeal to clerk U.S. dist. Court__

[X] I hereby authorize payment of postage for the attached mail. [ ] I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature ____[signature]____　　ID# __R-09249__

Witness Signature _____  $41632  JUN. 25, 2008

[ ] Approved [ ] Not Approved　Chief Administrative Officer Signature ____[signature: Legal]____

Postage applied in the amount of ____1____ dollars and __51__ cents.

Distribution: Business Office, Offender

DOC 0296 (Eff. 1/2008)
(Replaces DC 628)

Printed on Recycled Paper


original

IN THE
__UNITED STATES DISTRICT COURT FOR THE NORTHERN__
__DISTRICT OF ILLINOIS__

__Juan Sánchez Jr.__        )
Plaintiff/Petitioner        )
                            )
            Vs.             )     No. __07 CV- 060099__
                            )
__Eddie Jones__             )
Defendant/Respondent        )

### PROOF/CERTIFICATE OF SERVICE

TO: __CLERK OF U.S.__          TO: _____
__DISTRICT COURT NORTHERN DIST. OF ILL,__  _____
__219 SOUTH DEARBORN ST.__     _____
__Chicago IL, 60604__          _____

PLEASE TAKE NOTICE that on __June 19th__, 200__8__, I placed the documents listed below in the institutional mail at __Pontiac__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service __Certificate of appelability &__
__Notice of Appeal & Docketing Statement.__

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: __6-19-08__

/s/ _____
Name: __Juan Sánchez Jr.__
IDOC No. __R09249__
__Pontiac__ Correctional Ctr.
POB __99__
__Pontiac__, IL __61764__.

__Exhibit B__

oRiginal!

IN THE
United States District Court For the Northern District of Illinois

Juan Sanchez Jr.
Plaintiff/Petitioner

Vs.

Eddie Jones
Defendant/Respondent

No. 07 CV-06099
6099

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of U.S District Court Northern dist. of Ill.
219 South Dearborn St.
Chicago, IL 60604

TO: Lisa Madigan / Attorney General
100 West Randolph Street
Chicago IL, 60601.

PLEASE TAKE NOTICE that on July 21, 2008, I placed the documents listed below in the institutional mail at Pontiac Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service

Jurisdictional Memorandum & Affidavit.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: 7-21-08

/s/ Juan Sanchez Jr.    R09249
Name: Juan Sanchez Jr.
IDOC No. R09249
Pontiac Correctional Ctr.
POB 99
Pontiac, IL 61764