## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6099 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Sanchez vs. Jones, et al. | | |

**DOCKET ENTRY TEXT**

On 7/16/2008, the Seventh Circuit ordered the petitioner to file a jurisdictional memorandum by 7/29/2008. This court has received a copy of the memorandum, and the Seventh Circuit's docket does not currently show that it received a copy of the memorandum. Accordingly, the clerk is directed to forward the memorandum received by this court to the Seventh Circuit for its consideration in appeal no. 08-2740.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|